# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM PATRICK MIDDLETON, | No. 3:19-CV-01594 |
| Petitioner, | (Judge Brann) |
| v. | |
| WARDEN, SCI ALBION, *et al.*, | |
| Respondents. | |

## ORDER

**FEBRUARY 9, 2021**

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Petitioner's second amended petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254, Doc. 17, is **DISMISSED WITH PREJUDICE** as untimely;

2. A certificate of appealability shall not issue; and

3. The Clerk of Court is directed to **CLOSE** this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge